

Glenn R. Kantor, Esq. State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
Alan E. Kassan, Esq. State Bar No. 113864
 E-mail: akassan@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff,
James Tolmie

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

James Tolmie,                                      CASE NO:

        Plaintiff,                          NOTICE OF INTERESTED
                                                   PARTIES
    vs.

Life Insurance Company of North
America; and E&J Gallo Winery, Inc.
Long Term Disability Plan,

        Defendants.

_____

     The undersigned, counsel of record for Plaintiff, James Tolmie, certifies that

the following listed party has a direct, pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible

disqualification or recusal.


     The following is a list of the names of all such parties with their connection and

interest herein:

\\\

\\\

\\\

\\\

1

1      1.      James Tolmie;

2      2.      Life Insurance Company of North America; and

3      3.      E&J Gallo Winery, Inc. Long Term Disability Plan.

4

5    DATED: December 19, 2007                    KANTOR & KANTOR, LLP

6

7                                            By: _____

8                                                Glenn R. Kantor
                                                 Attorney for Plaintiff
9                                                James Tolmie

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28