1  Glenn R. Kantor, Esq. State Bar No. 122643
     E-mail: gkantor@kantorlaw.net
2  Alan E. Kassan, Esq. State Bar No. 113864
     E-mail: akassan@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   (818) 886-2525 (TEL)
5  (818) 350-6272 (FAX)

6  Attorneys for Plaintiff,
   James Tolmie
7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10

11  James Tolmie,                    )  CASE NO: CV07-6467 JSW
                                     )
12          Plaintiff,               )
                                     )  PROOF OF SERVICE OF SUMMONS
13       vs.                         )  & COMPLAINT ON DEFENDANT
                                     )  LIFE INSURANCE COMPANY OF
14  Life Insurance Company of North  )  NORTH AMERICA
    America; and E&J Gallo Winery, Inc. )
15  Long Term Disability Plan,       )
                                     )
16          Defendants.              )
    _____   )  [Complaint Filed: December 26, 2007]

17  \\\

18  \\\

19  \\\

20  \\\

21  \\\

22  \\\

23  \\\

24  \\\

25  \\\

26  \\\

27  \\\

28  \\\

ALAN E. KASSAN  SBN: 113864
KANTOR & KANTOR LLP
19839 NORDHOFF STREET
NORTHRIDGE, CA 91324
(818) 886-2525

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER:<br>**CV076467JSW** |
|---|---|---|
| TOLMIE | Plaintiff(s) | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| v. | | |
| LIFE INSURANCE CO. | Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☐ summons        ☐ complaint        ☐ alias summons        ☐ first ammended complaint
                                                                   ☐ second amended complaint
                                                                   ☐ third amended complaint

   ☒ other *(specify)*: SEE ATTACHED

2. **Person served:**

   a. ☒ Defendant *(name:)* LIFE INSURANCE COMPANY OF NORTH AMERICA
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
      MARGARET WILSON - REGISTERED AGENT FOR SERVICE OF PROCESS
   c. ☒ Address where the papers were served: 818 W 7TH STREET
                                              LOS ANGELES, CA 90017

3. **Manner of Service** in compliance with *(the appropriate box* **must** *be checked)*:

   a. ☒ Federal Rules of Civil Procedure

   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☒ By **Personal Service.** By personally delivering copies.  If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☒ Papers were served on *(date)*: 01/07/2008 at *(time)*:  02:30 pm

   b. ☐ By **Substituted Service.** By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ **Papers were served on** *(date)*: at *(time)*:

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☐ **papers were mailed on** (date):

      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.  (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):*        at *(time):*

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States  at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   **David Garcia**
   **Janney & Janney Attorney Service, Inc.**
   **1545 Wilshire Blvd. #311**
   **Los Angeles, CA 90017**
   **(213) 628-6338**

   a. Fee for service: $ **48.00**

   b. ☐ Not a registered California process server

   c. ☐ Exempt from registration under B&P 22350(b)

   d. ☒ Registered California process server
      Registration # : **140**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **January 10, 2008**         **David Garcia**                                _____
                                  *Type or Print Server's Name*                          *(Signature)*

*James Tolmie v. Life Insurance Company of North America and E&J Gallo Winery, Inc. Long Term Disability Plan*
Case Number: CV07-6467 JSW
USDC - Northern District (San Francisco)


1.  Summons;
2.  Complaint;
3.  Notice of Interested Parties;
4.  Civil Cover Sheet;
5.  Order Setting Initial Case Management Conference and ADR Deadlines;
6.  Court's Standing Orders
7.  Court's Standing Order for all Judges
8.  Notice of Availability of Magistrate Judge to Exercise Jurisdiction
9.  USDC - ECF Registration Information Handout
10. USDC - Guidelines

1  Glenn R. Kantor, Esq. State Bar No. 122643
    E-mail: gkantor@kantorlaw.net
2  Alan E. Kassan, Esq. State Bar No. 113864
    E-mail: akassan@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   (818) 886-2525 (TEL)
5  (818) 350-6272 (FAX)

6  Attorneys for Plaintiff,
   James Tolmie
7

8                  UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10

11  James Tolmie,                    )   CASE NO: CV07-6467 JSW
                                     )
12          Plaintiff,               )
                                     )   PROOF OF SERVICE OF SUMMONS
13      vs.                          )   AND COMPLAINT VIA CERTIFIED
                                     )   MAIL RETURN RECEIPT
14  Life Insurance Company of North  )   REQUIRED PURSUANT TO
    America; and E&J Gallo Winery, Inc. )  CALIFORNIA CODE OF CIVIL
15  Long Term Disability Plan,       )   PROCEDURE SECTION 415.40 AS
                                     )   ADOPTED UNDER F.R.C.P. RULE
16          Defendants.              )   4(h)(1)
                                     )
17  ────────────────────────────────

                                         [Complaint Filed: December 26, 2007]
18

19          I, Alan E. Kassan, hereby declare that on January 7, 2008, my assistant,

20  Tinee Parell, served Defendant E&J Gallo Winery, Inc. Long Term Disability Plan,

21  with the Summons, Complaint, Notice of Interested Parties, Civil Cover Sheet, Order

22  Setting Initial Case Management Conference, ADR Deadlines, Court's Standing

23  Orders, Court's Standing Order for all Judges, Notice of Availability of Magistrate

24  Judge to Exercise Jurisdiction, USDC - ECF Registration Information Handout; and

25  USDC - Guidelines, pursuant to California Code of Civil Procedure section 415.40 as

26  allowed for and adopted under F.R.C.P. Rule 4(h)(1), by mailing said documents to

27  the above-named Defendant at 600 Yosemite Boulevard, Modesto, California 95354,

28

                                    1

1  via first class mail, with postage prepaid and requiring a return receipt. Service shall

2  be deemed complete on the tenth day after this mailing.

3

4       I declare the above under the penalty of perjury under the laws of the United

5  States of America.

6

7  DATED: January 16, 2008             KANTOR & KANTOR, LLP

8

9              By:     _/s/  Alan E. Kassan_

10                  Alan E. Kassan
                Attorney for Plaintiff
                James Tolmie

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PLAN ADMINISTRATOR
E & J GALLO WINERY
600 YOSEMITE BLVD
MODESTO, CA 95354

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Smith  ☑ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
Smith  1-10-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☑ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7007 2560 0001 7837 3664

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

2

1  Glenn R. Kantor, Esq. State Bar No. 122643
    E-mail: gkantor@kantorlaw.net
2  Alan E. Kassan, Esq. State Bar No. 113864
    E-mail: akassan@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   (818) 886-2525 (TEL)
5  (818) 350-6272  (FAX)

6  Attorneys for Plaintiff,
   James Tolmie
7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10
   James Tolmie,                    )   CASE NO: CV07-6467 JSW
11                                   )
             Plaintiff,             )
12                                   )   ORIGINAL SUMMONS
        vs.                          )
13                                   )
   Life Insurance Company of North  )
14  America; and E&J Gallo Winery, Inc. )
   Long Term Disability Plan,       )
15                                   )
             Defendants.            )
16  _____)   [Complaint Filed: December 26, 2007]

17  \\\

18  \\\

19  \\\

20  \\\

21  \\\

22  \\\

23  \\\

24  \\\

25  \\\

26  \\\

27  \\\

28  \\\

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

James Tolmie

**SUMMONS IN A CIVIL CASE**

### v.

CASE NUMBER:

Life Insurance Company of North America; and
E&J Gallo Winery, Inc. Long Term Disability
Plan

CV 07 6467

JSW

TO: (Name and address of defendant)
Life Insurance Company of North America

E&J Gallo Winery, Inc. Long Term Disability Plan

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Glenn R. Kantor (#122643)
Alan E. Kassan (#113864)
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA  91324

an answer to the complaint which is herewith served upon you, within     20     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE _____ DEC 2 6 2007

_____
(BY) DEPUTY CLERK

MARY ANN BUCKLEY

NDCAO440