UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James Tolmie

                Plaintiff(s),

                v.

Life Ins. Co. of North America & E&J Gallo Winery LTD Plan

                Defendant(s).

CASE NO. CV 07-06467 JSW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)*   Mediation

The parties have not yet picked the mediator.

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline   The parties request 120 days.

Dated: 03/28/08                           /s/ Alan E. Kassan
                                        Attorney for Plaintiff

Dated: 03/28/08                           /s/ Sean P. Nalty
                                        Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- ✓ Private ADR

    Deadline for ADR session
- 90 days from the date of this order.
- ✓ other   120 Days

IT IS SO ORDERED.

Dated:_____          _____

                                                            UNITED STATES MAGISTRATE JUDGE