Glenn R. Kantor (122643)
 E-mail: gkantor@kantorlaw.net
Alan E. Kassan (113864)
 E-mail: akassan@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Cassie Marie Springer-Sullivan (221506)
 E-Mail: css@ssrlawgroup.com
Michelle L. Roberts (239092)
 E-Mail: mlr@ssrlawgroup.com
SPRINGER-SULLIVAN & ROBERTS, LLP
410 12th Street, Suite 325
Oakland, CA 94607
(510) 992-6130 (TEL)
(510) 280-7564 (FAX)

Attorneys for Plaintiff,
James Tolmie

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| James Tolmie, | CASE NO: CV07-6467 JSW |
| Plaintiff, | |
| vs. | NOTICE OF PLAINTIFF'S ASSOCIATION OF COUNSEL |
| Life Insurance Company of North America; and E&J Gallo Winery, Inc. Long Term Disability Plan, | [Complaint Filed: December 26, 2007] |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE BE ADVISED THAT attorneys, Cassie Springer-Sullivan and Michelle L. Roberts, hereby appear as additional attorneys of record together with other attorneys of record on behalf of the plaintiff in the above-captioned case.

/ / /

1

| | |
|---|---|
| DATED: April 1, 2008 | SPRINGER-SULLIVAN & ROBERTS, LLP |
| | By _____ |
| | Michelle L. Roberts |