# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JAMES TOLMIE

Case No. C 07-06467

                    Plaintiff(s),

                    v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

                    Defendant(s).

_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4-1-08

                    _____
                    [Party]
                    James Tolmie

Dated: _____
       4/1/08

                    /s/ Alan E. Kassan
                    [Counsel]
                    Alan E. Kassan

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

NDC-17A