# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**            **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 4, 2008                 **Court Reporter**: Lydia Zinn

**CASE NO. C-07-6467  JSW**

**TITLE:**  James Tomie v. Life Insurance Company of North America

**COUNSEL FOR PLAINTIFF:**              **COUNSEL FOR DEFENDANT:**

Cassie Springer-Sullivan                Sean Nalty

**PROCEEDINGS:**   Initial Case Management Conference

**RESULTS:**   Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 4-11-08.

    **ADR: Private Mediation to be completed by 8-4-08**

    **Close of fact discovery:  2-20-09**

    **Close of Expert discovery: 4-17-09**

    **Hearing on dispositive motions (if any):  5-1-09 at 9:00 a.m.**
        **-if cross motions for summary judgment, then counsel shall meet and confer and submit a proposed briefing schedule whereby a total of 4 brief are filed.**

    **Pretrial Conference:  6-29-09 at 2:00 p.m.**
    **Bench Trial: 7-20-09 at 8:30 a.m.**