Glenn R. Kantor (122643), gkantor@kantorlaw.net
Alan E. Kassan (113864), akassan@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA  91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272
Attorneys for Plaintiff
JAMES TOLMIE


Sean P. Nalty (121253), sean.nalty@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER, LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:  (415) 433-0990
Facsimile:   (415) 434-1370
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH
AMERICA & E & J GALLO WINERY LONG
TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TOLMIE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA & E & J GALLO WINERY, INC. LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | CASE NO.: CV 07-06467 JSW<br><br>**STIPULATION RE SELECTION OF A MAGISTRATE JUDGE**<br><br>[Complaint filed: December 26, 2007] |

The plaintiff, James Tolmie, through his counsel of record, Alan E. Kassan of Kantor & Kantor, and defendants Life Insurance Company of North America and E & J Gallo Winery, Inc. Long Term Disability Plan, through their counsel of record,

1

1  Sean P. Nalty of Wilson, Elser, Moskowitz, Edelman & Dicker, hereby enter into the
2  following stipulation:

### INTRODUCTION

4  At the recent Case Management Conference in this matter, the Court requested
5  that the parties meet and confer on possibly assigning this matter to a Magistrate
6  Judge. The Court further stated that the parties could select any Magistrate Judge
7  within the Northern District. The parties have met and conferred on this issue and
8  hereby stipulate to the following:

### STIPULATION

10  This matter can be handled for all purposes by Magistrate Judge Wayne D.
11  Brazil.
12  IT IS SO STIPULATED.

15  DATED: April 11, 2008                KANTOR & KANTOR, LLP

17                                       By:  /s/  Alan E. Kassan
                                              Alan E. Kassan
18                                            Attorneys for Plaintiff
19                                            JAMES TOLMIE

21  DATED: April 11, 2008                WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER, LLP

24                                       By: /s/ Sean P. Nalty (as authorized on 4/11/08)
                                              Sean P. Nalty
25                                            Attorneys for Defendant
                                              LIFE INSURANCE COMPANY OF
26                                            NORTH AMERICA & E & J GALLO
27                                            WINERY LONG TERM DISABILITY PLAN

Glenn R. Kantor (122643), gkantor@kantorlaw.net
Alan E. Kassan (113864), akassan@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272
Attorneys for Plaintiff
JAMES TOLMIE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TOLMIE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFEINSURANCE COMPANY OF NORTH AMERICA & E & J GALLO WINERY, INC. LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | CASE NO.: CV 07-06467 JSW<br><br>**[PROPOSED] ORDER RE SELECTION OF A MAGISTRATE JUDGE**<br><br>[Complaint filed: December 26, 2007] |

IT IS HEREBY ORDERED that this matter shall be assigned to Magistrate Judge Wayne D. Brazil for all purposes.

DATED: _____          _____
　　　　　　　　　　　　　　　　　Honorable Jeffrey S. White
　　　　　　　　　　　　　　　　　United States District Judge

1