1  Glenn R. Kantor (122643), gkantor@kantorlaw.net
   Alan E. Kassan (113864), akassan@kantorlaw.net
2  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
3  Northridge, CA 91324
   Telephone: (818) 886-2525
4  Facsimile: (818) 350-6272
   Attorneys for Plaintiff
5  JAMES TOLMIE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TOLMIE,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFEINSURANCE COMPANY OF NORTH AMERICA & E & J GALLO WINERY, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | CASE NO.: CV 07-06467 JSW<br><br>[~~PROPOSED~~] ORDER ~~RE SELECTION OF~~ OF REFERRAL TO A MAGISTRATE JUDGE<br><br>[Complaint filed: December 26, 2007] |

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent,

IT IS HEREBY ORDERED that this matter shall be assigned to Magistrate Judge Wayne D. Brazil for all purposes.

DATED: April 11, 2008

_____
Honorable Jeffrey S. White
United States District Judge

cc: Wings Hom

1