**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                           General Court Number
Clerk                                                                    415.522.2000

### April 14, 2008

**CASE NUMBER:  CV 07-06467 JSW**
**CASE TITLE:  JAMES TOLMIE-v-LIFE INS. CO. OF NORTH AMERICA**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Wayne D. Brazil** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WDB** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/14/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                         Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                                     Entered in Computer 4/14/08ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                            Transferor CSA