1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9   JAMES TOLMIE,

10           Plaintiff,                          No.  C 07-6467 WDB

11        v.                                     NOTICE RE CASE MANAGEMENT
                                                 CONFERENCE
12   LIFE INSURANCE COMPANY OF
     NORTH AMERICA, et al.
13
             Defendants.
14   _____/

15

16        TO ALL PARTIES AND COUNSEL OF RECORD:

17        With the consent of the parties, the above matter has been referred to Magistrate Judge

18   Wayne D. Brazil for all purposes up to and including trial.  A case management conference is

19   now set for **Thursday, May 1, 2008,** at **4:00 p.m.** in Courtroom 4, 3rd Floor, United States

20   Courthouse, 1301 Clay Street, Oakland, California 94612.   The parties may appear

21   telephonically, in which case plaintiff's counsel must initiate the conference call and then

22   telephone the courtroom at 510-637-3909 with all parties on the line.  The parties must call the

23   Court at 510-637-3324 to inform the administrative law clerk at least **2 court days prior to the**

24   **conference** if they plan to appear telephonically.  No **later than 7 days before the conference,**

25   the parties must meet and confer and file a joint case management statement indicating progress

26   or changes which have occurred since the last conference before Judge White.

     Dated:  April 15, 2008                      Richard W. Wieking, Clerk
27                                               United States District Court

28
                                                 _____
                                                 By:   Sarah Weinstein
                                                       Deputy Clerk/Law Clerk