UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:  May 1, 2008                    Start Time: 4:00 p.m.   End Time: 4:10 p.m.

DOCKET NO.        C 07-6467 WDB
TITLE OF CASE     *Tolmie v. Life Insurance Company of North America*

APPEARANCES       For Plaintiff:   Alan Kassan, Esq.

                  For Defendant:   Sean Patrick Nalty, Esq.


FTR: 5/1/08, 4:00 p.m.              Hearing:   () In Person  (X) Telephone

PROCEEDINGS

[X] CASE MANAGEMENT CONFERENCE            [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE            [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)             [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE              [] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION                  [] EXAM. OF JUDGMENT DEBTOR
                                          [] EVIDENTIARY HEARING
[] OTHER:


ORDER TO BE PREPARED BY:  () Plaintiff   () Defendant   (x) Court


**NOTES**

Court conducted a Case Management Conference.  See later-filed separate order.