UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES TOLMIE

        Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, et al.

        Defendant.
_____/

No. C 07-6467 WDB

ORDER FOLLOWING CASE MANAGEMENT CONFERENCE

On May 1, 2008, the parties appeared by telephone for a Case Management Conference. During the conference, the parties informed the Court that they are hoping to settle the matter before or during a private mediation session (or sessions) to occur by no later than July 28, 2008. Accordingly, the Court decided to defer setting a trial date until after the parties have attended the private mediation.

If the parties are not able to resolve the case, they must appear before the undersigned on **August 13, 2008, at 1:30 p.m.**, for a further telephonic case management conference during which the Court will set a trial date. To appear for the telephonic conference, Plaintiff's counsel must get Defendant's counsel on the line and call the undersigned's courtroom at (510) 637-3909.

**By no later than Monday, August 11, 2008, at <u>noon</u>**, the parties must file a Further Joint Case Management Statement informing the Court of what has transpired since the last case management conference and suggesting a case development plan and schedule.

1

1  If the matter settles before August 13, 2008, the parties must promptly prepare and file
2  dismissal papers and notify the Court by calling (510) 637-3324.
3  IT IS SO ORDERED.
4  Dated:   May  1, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

2