Glenn R. Kantor, Esq. (122643), gkantor@kantorlaw.net
Alan E. Kassan, Esq. (113864), akassan@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272
Attorneys for Plaintiff
JAMES TOLMIE

Sean P. Nalty, Esq. (121253), sean.nalty@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 443-0990
Facsimile:   (415) 434-1370
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA & E & J GALLO WINERY LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| James Tolmie, | CASE NO: CV07-6467 WDB |
| Plaintiff, | |
| vs. | [*Hon. Wayne D. Brazil*] |
| Life Insurance Company of North America; and E&J Gallo Winery, Inc. Long Term Disability Plan, | STIPULATION TO DISMISS CASE WITH PREJUDICE; [PROPOSED] ORDER |
| Defendants. | [Complaint Filed: December 26, 2007] |

\\\
\\\
\\\
\\\
\\\
\\\

1

IT IS HEREBY STIPULATED by and between the parties in the above-entitled case through their counsel of record that this matter is dismissed with prejudice.

DATED: August 13, 2008   KANTOR & KANTOR, LLP

By:   */s/  Alan E. Kassan*
Alan E. Kassan
Attorney for Plaintiff
James Tolmie

DATED: August 13, 2008   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By: */s/ Sean P. Nalty* (as authorized on 8/13/08)
Sean P. Nalty
Attorney for Defendants
Life Insurance Company of North America
& E & J Gallo Winery Long Term Disability Plan

**ORDER**

This case is dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____   _____
Honorable Wayne D. Brazil
United States District Court Judge

2