1  Glenn R. Kantor, Esq. (122643), gkantor@kantorlaw.net
   Alan E. Kassan, Esq. (113864), akassan@kantorlaw.net
2  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
3  Northridge, CA 91324
   Telephone:  (818) 886-2525
4  Facsimile:   (818) 350-6272
   Attorneys for Plaintiff
5  JAMES TOLMIE

6  Sean P. Nalty, Esq. (121253), sean.nalty@wilsonelser.com
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
7  525 Market Street, 17th Floor
   San Francisco, CA 94105
8  Telephone: (415) 443-0990
   Facsimile:  (415) 434-1370
9  Attorneys for Defendants
   LIFE INSURANCE COMPANY OF NORTH
10 AMERICA & E & J GALLO WINERY LONG
   TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| James Tolmie, | CASE NO: CV07-6467 WDB |
|---|---|
| Plaintiff, | |
| vs. | [*Hon. Wayne D. Brazil*] |
| Life Insurance Company of North America; and E&J Gallo Winery, Inc. Long Term Disability Plan, | STIPULATION TO DISMISS CASE WITH PREJUDICE; [~~PROPOSED~~] ORDER |
| Defendants. | [Complaint Filed: December 26, 2007] |

23  \\\
24  \\\
25  \\\
26  \\\
27  \\\
28  \\\

1

1  IT IS HEREBY STIPULATED by and between the parties in the above-entitled
2  case through their counsel of record that this matter is dismissed with prejudice.

4  DATED: August 13, 2008                    KANTOR & KANTOR, LLP

6                                            By:   /s/  Alan E. Kassan
7                                                  Alan E. Kassan
                                                   Attorney for Plaintiff
8                                                  James Tolmie

9  DATED: August 13, 2008                    WILSON, ELSER, MOSKOWITZ,
10                                            EDELMAN & DICKER, LLP

12                                            By:  /s/ Sean P. Nalty  (as authorized on 8/13/08)
13                                                 Sean P. Nalty
                                                   Attorney for Defendants
                                                   Life Insurance Company of North America
14                                                 & E & J Gallo Winery Long Term Disability
                                                   Plan

## ORDER

19  This case is dismissed with prejudice.
20  IT IS SO ORDERED.

22  Dated: 8/13/08

                                              Honorable Wayne D. Brazil
                                              United States District Court Judge

2